IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

YLGA MCCANN                                                                                          PLAINTIFF

v.                              CASE NO. 4:24-CV-01078-BSM

SOCIAL SECURITY ADMINISTRATION,
COMMISSIONER                                                                                         DEFENDANT

## ORDER

After careful review of the record, United States Magistrate Judge Edie R. Ervins's recommended disposition [Doc. No. 12] is adopted, and the Commissioner's decision is reversed and remanded for the ALJ to provide a specific accommodation for Ylga McCann's migraine headaches or to sufficiently explain why one is not necessary, and to clarify whether the ALJ gave "any consideration to [her] complaints of nausea, dizziness, and sensitivity to both sound and odors."

IT IS SO ORDERED this 12th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE