## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**YLGA MCCANN**                                                                                            **PLAINTIFF**

**v.**                                 **CASE NO. 4:24-CV-01078-BSM**

**SOCIAL SECURITY ADMINISTRATION,**
**COMMISSIONER**                                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, the Commissioner's decision is reversed and this case is remanded for further administrative review.

IT IS SO ORDERED this 12th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE